# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALEJANDRO LUPIAN, JUAN LUPIAN, ISAIAS LUNA, JOSE REYES and EFRAIN LUCATERO,** individual and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>**JOSEPH CORY HOLDINGS LLC,**<br><br>　　　　　　　　Defendant. | Civil Action: 2:16-cv-05172-WJM-MF<br><br>Motion Hearing Date: October 1, 2019 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE**, that on October 1, 2019, Plaintiffs Alejandro Lupian, Juan Lupian, Isaias Luna, Jose Reyes, and Efrain Lucatero, through the undersigned counsel, will move the Court for Final Approval of the Class Action Settlement.  Defendant does not oppose this Motion.

**PLEASE TAKE FURTHER NOTICE** that in support of Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement, Plaintiffs rely upon the accompanying Memorandum of Law, supporting exhibits and declarations, and all other records, pleadings and papers on file in this action.  A proposed Order is submitted concurrently herewith for the Court's consideration.

Dated: September 25, 2019                Respectfully submitted,

*/s/ Krysten L. Connon*
Krysten L. Connon
Shanon J. Carson, *pro hac vice*
Sarah R. Schalman-Bergen, *pro hac vice*
Alexandra K. Piazza
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
kconnon@bm.net
scarson@bm.net
sschalman-bergen@bm.net
apiazza@bm.net

Bradley Manewith, *pro hac vice*
Marc J. Siegel, *pro hac vice*
Siegel & Dolan Ltd.
150 North Wacker Drive, Suite 1100
Chicago, IL 60601
Tel. (312) 878-3210
Fax (312) 878-3211
bmanewith@msiegellaw.com
msiegel@msiegellaw.com

Harold L. Lichten, *pro hac vice*
Matthew Thomson, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel. (617) 994 5800
Fax (617) 994-5801
hlichten@llrlaw.com
mthomson@llrlaw.com

***Attorneys for Plaintiffs and
the Settlement Class***

## CERTICATE OF SERVICE

I hereby certify that on September 25, 2019, a true and correct copy of the foregoing document was served on all counsel of record electronically via CM/ECF.

<u>/s/ Krysten L. Connon</u>