IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEJANDRO LUPIAN, JUAN LUPIAN, ISAIAS LUNA, JOSE REYES and EFRAIN LUCATERO, individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH CORY HOLDINGS LLC,<br><br>Defendant. | Civil Action: 2:16-cv-05172-WJM-MF |

## ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' ASSENTED-TO MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

The Court, having reviewed Plaintiffs' Unopposed Motion for Final Approval of Settlement of the Settlement Agreement, hereby grants the Motion and orders as follows:

(1)   The Settlement Agreement is incorporated by reference into this Order and is hereby adopted as an Order of this Court.

(2)   The Court finds that the applicable requirements of Federal Rule of Civil Procedure 23(a) and (b) have been satisfied with respect to the Settlement Class

and the proposed Class Settlement. The Court hereby makes final its earlier certification of the proposed Settlement Class, defined as follows:

> All persons who entered into a Dedicated Contract Carrier Agreement and/or Transportation Services Agreement individually or on behalf of another entity for the provision of delivery services in the State of Illinois and personally provided delivery services in the State of Illinois for Joseph Cory Holdings LLC during the period between August 25, 2006 and February 15, 2019.

(3)     The Court hereby finds that the Notice of Settlement was distributed to all members of the Settlement Class defined above, and that it fully and accurately informed the Settlement Class Members of all material elements of the proposed Settlement, and was the best notice practicable under the circumstances, and complied with the requirements of the Federal Rules of Civil Procedure and due process.

(4)     The Court finds that no Settlement Class Member has objected to the Settlement, and no Settlement Class Member has requested exclusion from the Settlement Class. Because no Settlement Class Member has requested exclusion, the Court finds that all individuals included in the definition above are class members and are bound by the terms of the Settlement.

(5)     The Court hereby approves the parties' agreed-upon procedure for disbursement of the settlement awards, as set out in the Settlement Agreement.

(6) The Court hereby approved attorneys' fees in the amount of one-third of the Gross Settlement Amount ($891,666.67) to compensate Class Counsel for all work performed in this action.

(7) The Court hereby approves service awards to Plaintiffs Alejandro Lupian, Juan Lupian, Isaias Luna, Jose Reyes, and Efrain Lucatero in the amount of $15,000.00 each.

(8) The Court hereby finds that the Settlement is fair, reasonable, and adequate, upon consideration of all factor set forth in Federal Rule of Civil Procedure 23(e)(2).

(9) The Court hereby enters final judgment and dismisses this action with prejudice, with each party to bear its own fees and costs except as set out in Paragraph 6 above.

(10) Without affecting the finality of this Judgment in any way, the Court hereby retains continuing jurisdiction over any dispute regarding the interpretation of the terms of this Agreement.

IT IS SO ORDERED.

___10/1/19___  
DATE

_____  
Hon. William J. Martini  
United States District Judge